**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**AMY L. HART**                                                                   **PLAINTIFF**

**v.**                                                          **CAUSE NO.: 1:10CV92-SA-DAS**

**STARKVILLE FORD-LINCOLN-MERCURY, INC.**               **DEFENDANT**

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Defendant's Motion for Summary Judgment [48] is GRANTED as to Plaintiff's claim of quid pro quo sexual harassment;

(2) Defendant's Motion for Summary Judgment [48] is DENIED as to Plaintiff's claim of gender discrimination;

(3) Defendant's Motion for Summary Judgment [48] is DENIED as to Plaintiff's claim of hostile work environment; and

(4) Defendant's Motion for Summary Judgment [48] is DENIED as to Plaintiff's claim of retaliation.

SO ORDERED, this the 9th day of February, 2012.

                                                                      **/s/ Sharion Aycock**
                                                           **UNITED STATES DISTRICT JUDGE**